Order entered October 3 , 2012



In The

### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-12-00681-CV

**CHILDREN'S MEDICAL CENTER OF DALLAS, ET AL., Appellant**

**V.**

**SHERI DURHAM AND DENISE JENKINS, AS ADMINSTRATOR OF THE ESTATE OF JESSICA HALEY DURHAM, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01231-D**

## ORDER

The Court has before it appellants' September 28, 2012 unopposed joint motion for extension of time to file appellants' reply briefs. The Court **GRANTS** the motion and **ORDERS** that any reply briefs be filed by October 18, 2012.

ELIZABETH LANG-MIERS
JUSTICE

Order entered October 3 , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00587-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**BH DFW, INC., Appellee**

**On Appeal from the 14th District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00921**

## ORDER

The Court has before it appellee's September 27, 2012 fourth motion for enlargement of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellee on September 27, 2012 be timely filed as of today's date.

ELIZABETH LANG-MIERS
JUSTICE

Order issued October 3, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00303-CV

**STOVALL & ASSOCIATES, P.C., Appellant**

V.

**HIBBS FINANCIAL CENTER, LTD., Appellee**

## ORDER

The Court has before it appellee's September 27, 2012 motion for leave to file sur-reply, which is unopposed. The Court **DENIES** the motion.

ELIZABETH LANG-MIERS
JUSTICE